Abran E. Vigil
Nevada Bar No. 7548
Michael A. DiGiacomo
Nevada Bar No. 13478
BALLARD SPAHR LLP
1980 Festival Plaza, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
digiacomom@ballardspahr.com

*Attorneys for Plaintiff U.S. Bank N.A., as Trustee Successor in Interest to Bank of America, National Association, as Trustee as Successor by Merger to Lasalle Bank National Association as Trustee for WAMU Mortgage Pass-Through Certificates Series 2007-OA3 Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA3,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN CENTENO; GENTLE WATERS FAMILY TRUST; and PALO VERDE RANCH HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-02166-JCM-CWH<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO PALO VERDE RANCH HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS**<br><br>[FIRST REQUEST] |

Plaintiff U.S. Bank, N.A., as Trustee, Successor in Interest to Bank of America, National Association, as Trustee as Successor by merger to LaSalle Bank National Association as Trustee for WAMU Mortgage Pass-Through Certificates, Series 2007-OA3 Trust; ("Trustee" or "U.S. Bank"), and Defendant Palo Verde Ranch

Homeowners' Association (the "Association") (collectively, the "Parties") by and through their counsel of record, stipulate and agree as follows.

1. On December 20, 2017, the Association filed *Defendant Palo Verde Ranch Homeowners' Association's Motion to Dismiss* (the "Motion") [Dkt. No. 14].

2. The Parties agree to extend the deadline for U.S. Bank to file a response to the Motion to January 19, 2018.

3. This is the first stipulation for an extension of time to file a response to the in Motion.

Dated: this 3rd day of January, 2018.

BALLARD SPAHR LLP

By: */s/ Michael A. DiGiacomo*
    Abran E. Vigil
    Nevada Bar No. 7548
    Michael A. DiGiacomo
    Nevada Bar No.13478
    1980 Festival Plaza, Suite 900
    Las Vegas, Nevada 89135

SPRINGEL & FINK LLP

By: */s/ Michael A. Arata* (with permission)
    Adam H. Springel, Esq.
    Nevada Bar No. 7187
    Michael A. Arata, Esq.
    Nevada Bar No. 11902
    10655 Park Run Drive, Suite 275
    Las Vegas, Nevada 98144

DMWEST #17346599 v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of copy of the foregoing **STIPULATION EXTENDING TIME TO RESPOND TO PALO VERDE RANCH HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS** was served this 3rd day of January, 2018 upon each of the parties via electronic service through the United States District Court for the District of Nevada's CM/ECF filing system.

/s/ *Tasha Hart*
*An employee of Ballard Spahr LLP*

3

DMWEST #17346599 v1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK N.A., AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA3,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTIN CENTENO; GENTLE WATERS FAMILY TRUST; and PALO VERDE RANCH HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No. 2:17-cv-02166-JCM-CWH<br><br>**ORDER RE: STIPULATION EXTENDING TIME TO RESPOND TO PALO VERDE RANCH HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS** |

Pursuant to the *Stipulation Extending Time to Respond to Palo Verde Ranch Homeowners' Association's Motion to Dismiss* and for good cause appearing therefore, U.S. Bank shall have up to and including January 19, 2018 to file a response to the Association's Motion to Dismiss.

IT IS SO ORDERED

DATED: January 4, 2018.

_____
United States District Judge