# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| U.S. Bank, N.A., | Case No. 2:17-cv-02166-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| MARTIN CENTENO, et al., | |
| Defendants. | |

Presently before the Court is movant Ricardo Fojas's motion for substitution (ECF No. 16), filed on December 20, 2017. No party has filed a response.

Also before the Court is movant's motion to set aside clerk's default (ECF No. 17), filed on December 20, 2017. No party has filed a response.

Under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. The Court will therefore grant both motions.

IT IS THEREFORE ORDERED that movant Ricardo Fojas's motion to substitute (ECF No. 16) is GRANTED. Ricardo Fojas shall replace Defendant Gentle Waters Family Trust in this case.

IT IS FURTHER ORDERED that Defendant Ricardo Fojas's motion to set aside clerk's default (ECF No. 17) is GRANTED.

DATED: March 27, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE